IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | NO. 09-CR-512 |
| : | |
| RAHMMAR SELF : | |
| HAZIZ SELF : | |

## ORDER

**AND NOW,** this 29th day of December, 2009, upon consideration of the Parties' briefs addressing whether Mark S. Greenberg should be disqualified from representing Defendant Haziz Self (Doc. Nos. 88, 89, and 90), and all related submissions, it is **ORDERED** that the Government's request to disqualify Mr. Greenberg (Doc. No. 89) is **GRANTED**.

                                                   **AND IT IS SO ORDERED**.

                                                 */s/ Paul S. Diamond*

                                                 _____
                                                 **Paul S. Diamond, J.**